Steven Martell COLLINS,
Petitioner–Appellant,

v.

Bertram RICE; Attorney General
of the State of California,
Respondents–Appellees.

No. 01–56958.

United States Court of Appeals,
Ninth Circuit.

Filed July 7, 2006.

Steven Martell Collins, Blythe, CA, pro se.

Karyn H. Bucur, Attorney at Law, Laguna Hills, CA, Erika Denice Jackson, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

Before CYNTHIA HOLCOMB HALL, SIDNEY R. THOMAS, and RICHARD A. PAEZ, Circuit Judges.

### ORDER

Pursuant to the opinion of the Supreme Court in *Rice v. Collins*, —— U.S. ——, 126 S.Ct. 969, 163 L.Ed.2d 824 (2006), the judgment of the district court is affirmed. The mandate shall issue forthwith.